```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 01009
    CASSANDRA R BRINSON
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-5109


-----------------------------------------------------------------------
            TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
    The case was filed on 02/06/2006 and was confirmed 04/10/2006.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

    The case was dismissed after confirmation 08/04/2008.
-----------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                            PAID          PAID
-----------------------------------------------------------------------
PEOPLES GAS LIGHT & COKE  UNSECURED              .00           .00           .00
CAPITAL ONE AUTO FINANCE  SECURED            15604.63       2158.34       8955.85
TRIAD FINANCIAL CORP      UNSECURED          15056.59          .00        557.76
PORTFOLIO RECOVERY ASSOC  UNSECURED            467.60          .00         17.32
AT & T BANKRUPCTY         NOTICE ONLY            .00           .00           .00
CORPORATE AMERICA FEDERA  UNSECURED           1499.63          .00         55.55
CREDIT PROTECTION ASSOCI  UNSECURED         NOT FILED          .00           .00
GEMB/JC PENNEY            UNSECURED              .00           .00           .00
HOUSEHOLD BANK            UNSECURED         NOT FILED          .00           .00
ACCOUNTS RECEIVABLE MANA  NOTICE ONLY            .00           .00           .00
MEDICAL BUSINESS BUREAU   UNSECURED         NOT FILED          .00           .00
PROVIDIAN NATIONAL BANK   NOTICE ONLY            .00           .00           .00
NICOR GAS                 UNSECURED         NOT FILED          .00           .00
NICOR GAS                 UNSECURED         NOT FILED          .00           .00
ECAST SETTLEMENT CORP     UNSECURED            299.33          .00           .00
LEDFORD & WU              DEBTOR ATTY       2,500.00                     2,500.00
TOM VAUGHN                TRUSTEE                                          941.37
DEBTOR REFUND             REFUND                                            12.04

       Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE                 15,198.23

PRIORITY                                             .00
SECURED                                         8,955.85
    INTEREST                                    2,158.34
UNSECURED                                         630.63
ADMINISTRATIVE                                  2,500.00
TRUSTEE COMPENSATION                              941.37
DEBTOR REFUND                                      12.04

               PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 06 B 01009 CASSANDRA R BRINSON
```

```
                                      ---------------      ---------------
TOTALS                                     15,198.23            15,198.23
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
     Dated: 11/19/08              _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE